NUMBER
13-10-00662-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
S.M., A CHILD

____________________________________________________________

 

                    On
Appeal from the County Court at Law No. 5

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

            Before Chief Justice Valdez and Justices Rodriguez and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
S.F.[1],
filed an appeal from a judgment entered by the County Court at Law No. 5 of
Nueces County, Texas, in cause number 09-60992-5.  Appellant has filed an amended
unopposed motion to withdraw the appeal without prejudice.  

The
Court, having considered the documents on file and appellant=s unopposed motion to withdraw the appeal without
prejudice, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s amended motion to withdraw the appeal is granted, and
the appeal is hereby DISMISSED WITHOUT PREJUDICE.   Having dismissed the appeal
at appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the

10th day of March, 2011. 

 

 

 

 

 









[1] In appeals from
cases involving the termination of parental rights, the rules of appellate
procedure require the use of an alias to refer to a minor, Aand if necessary to
protect the minor=s identity, to the
minor=s parent or other
family member.”  Tex. R. App. P.
9.8.